UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GABINO GENAO,

                Plaintiff,

      v.

CITY OF NEW YORK, CAPTAIN LOPEZ, CO POTTER, NIC WARDEN COLLINS, CO JOHN DOE, CO JOHN DOE, NIC CAPTAIN MCLAIN,

                Defendants.

**ORDER**

20 Civ. 8731 (ER)

RAMOS, D.J.

On October 15, 2020, Gabino Genao brought this action, *pro se,* pursuant to 42 U.S.C. § 1983, alleging that the City of New York (the "City") and several correction officers, including two John Does, violated his constitutional rights. Doc. 1. On October 22, 2020, the Court issued an order, pursuant to *Valentin v. Dinkins,* 121 F.3d 72 (2d Cir. 1997), directing the City to identify the John Doe defendants within 60 days (the "Valentin Order"). Doc. 6 at 3. The Court's Valentin Order further directed Plaintiff to amend the complaint to include the names of the John Doe defendants within 30 days of receiving their names from the City. *Id.* On December 21, 2020, the City identified the John Doe defendants as correction officers Jamell Moore and Justin Andrews. Doc. 14. On January 13, 2021, Plaintiff informed the Court that he had not yet received the City's letter identifying Moore and Andrews and filed an amended complaint. Docs. 19, 20.

2

Accordingly, the Court directs Plaintiff to file a second amended complaint adding Moore and Andrews as named defendants by **February 15, 2021**.  The Court will send a copy of this Order, and the City's response to its Valentin Order, Doc. 14, to Plaintiff's current address.

It is SO ORDERED.

Dated: January 15, 2021
      New York, New York

_____
Edgardo Ramos, U.S.D.J.