UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GABINO GENAO,<br><br>                    Plaintiff,<br><br>        -against-<br><br>CITY OF NEW YORK, et al.<br><br>                    Defendants. | **ORDER**<br><br>20-cv-8731 (ER) |

Ramos, D.J.:

    Discovery is currently stayed, as Genao has been unable to participate in discovery due to his medical conditions since at least June 2023. On January 31, 2024, the parties submitted a joint status update indicating that Genao's health conditions continue to prevent him from being able to sit for a deposition or otherwise provide discovery. Doc. 120.

    Accordingly, the Court hereby stays the case. The parties are directed to file a joint status report when Genao's medical conditions resolve and the parties are able to resume discovery.

    It is SO ORDERED.

Dated:    January 31, 2024
               New York, New York

                                                                              Edgardo Ramos, U.S.D.J.