UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GABINO GENAO,

                                Plaintiff,

      -against-

CITY OF NEW YORK, et al.,

                              Defendants.

**ORDER TO PRODUCE INMATE BY VIDEO FOR CONFERENCE**

No. 20-CV-8731 (ER)

---

**THE HONORABLE JENNIFER E. WILLIS, UNITED STATES MAGISTRATE JUDGE:**

      **IT IS HEREBY ORDERED** that the Warden or other official in charge of Green Haven Correctional Facility produce inmate Gabino Genao (identified as "Gabino Genao"), DIN 22B1480, at a location within the facility equipped with a Microsoft Teams video capabilities, for the purpose of participating by video in a conference with the Court and defendants counsel on **August 13, 2025, from 10:30 AM**, and for so long thereafter as the conference continues, and that plaintiff appear in such place as designated by the Warden or other official in charge of Green Haven Correctional Facility, so that his participation in the conference may be ensured. If the scheduled time and date presents a hardship, the Warden or the Warden's designee should promptly inform Chambers by e-mail at WillisNYSDChambers@nysd.uscourts.gov. Defendants' counsel must: (1) send this Order to the Warden or other official in charge of Green Haven Correctional Facility immediately; (2) contact the Green Haven Correctional Facility to confirm the arrangements as detailed herein; and (3) join the conference at the link to be provided via email at the time and date of the conference.

**Dated:**  June 23, 2025
          **New York, New York**

                                            SO ORDERED.

                                            *Jennifer E. Willis*
                                            **HON. JENNIFER E. WILLIS**
                                            **UNITED STATES MAGISTRATE JUDGE**