**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
GABINO GENAO,

                      Plaintiff,                    **ORDER**
                                                                     **20-CV-8731 (ER) (JW)**

          -against-

CITY OF NEW YORK, *et al.*,

                      Defendants.
-----------------------------------------------------------------

**JENNIFER E. WILLIS, UNITED STATES MAGISTRATE JUDGE:**

On October 20, 2025, the parties attended a settlement conference before the undersigned. The parties were unable to resolve the case, but communicated a desire for a second follow-up settlement conference. As such, the Parties are directed to contact Courtroom Deputy Christopher Davis via email **by November 4, 2025** at [WillisNYSDChambers@nysd.uscourts.gov](mailto:WillisNYSDChambers@nysd.uscourts.gov) to provide three mutually agreeable dates in **January or February 2026**.

       SO ORDERED.

DATED:    New York, New York
               October 21, 2025

                                                                     *Jennifer E. Willis*
                                                                 JENNIFER E. WILLIS
                                                                 United States Magistrate Judge