**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
GABINO GENAO,

                         Plaintiff,                                              **ORDER**
                                                                    **20-CV-8731 (ER) (JW)**

              -against-

CITY OF NEW YORK, *et al.*,

                         Defendants.
------------------------------------------------------------------
**JENNIFER E. WILLIS, UNITED STATES MAGISTRATE JUDGE:**

       The parties are scheduled to appear for a second follow-up settlement

conference before this Court on February 18, 2026 at 10:30 AM via video conference.

The parties are directed to provide *ex parte* letters updating the Court on any updates

on settlement negotiations, if any.  The parties can also include other information

they believe may be helpful for the Court to know ahead of the conference.  The letters

shall be no more than three pages single spaced and are due by **12:00 PM on**

**February 17, 2026** at WillisNYSDChambers@nysd.uscourts.gov.

       SO ORDERED.

DATED:     New York, New York
           February 11, 2026

                                              _____
                                              JENNIFER E. WILLIS
                                              United States Magistrate Judge