**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

GABINO GENAO,

                    Plaintiff,                              **ORDER**

              -against-                      **20-CV-8731 (ER) (JW)**

CITY OF NEW YORK, *et al.*,

                    Defendants.

-----------------------------------------------------------------

**JENNIFER E. WILLIS, UNITED STATES MAGISTRATE JUDGE:**

The Court held a settlement conference on February 18, 2026.  A settlement

was not reached.  The parties are reminded that the existing discovery deadlines

remain in effect.

      SO ORDERED.

DATED:     New York, New York
             February 19, 2026

                              *Jennifer E. Willis*
                            JENNIFER E. WILLIS
                          United States Magistrate Judge