UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GABINO GENAO,

Plaintiff,

*-against-*

CITY OF NEW YORK, *et al.*,

Defendants.

**ORDER**

20-CV-08731 (ER)

RAMOS, D.J.:

On September 29, 2026, the Court granted the application of Defendant C.O. Potter's counsel to withdraw, and permitted Potter 30 days to either (a) retain new counsel and for new counsel to enter an appearance, or (b) advise the Court that he intends to represent himself. Doc. 179. The Court warned that Potter's failure to participate in the action could lead to entry of default against him. *Id.* Potter's former counsel served a copy of the order on Potter, and filed proof of service. Docs. 180, 181. Potter has not communicated with the Court, and no attorney has entered an appearance on his behalf.

On November 3, 2026, Plaintiff filed a motion for sanctions, requesting that the Court strike Potter's Answer and issue default judgment against Potter in an amount to be determined at trial. Doc. 183.

Potter is directed to respond by November 24, 2026. If he does not respond, the motion will be deemed unopposed.

A case management conference will be held for all parties on December 4, 2026 at 11:30 A.M. in Courtroom 619 at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007.

It is SO ORDERED.

Dated: November 11, 2026
New York, New York

EDGARDO RAMOS, U.S.D.J.